UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY AND GEICO CASUALTY
CO.,

Case #: 1:23-cv-06191

Plaintiff,

DIDIER DEMESMIN, M.D., NEW YORK PAIN
MEDICINE ASSOCIATE, PLLC, UNIVERSITY PAIN
MEDICINE CENTER, LLC, STEMLEE, LLC, TOTAL
WELLNESS & MEDICAL HEALTH, P.C., AND
DAVID G. KHANAN, M.D.,

Defendants.
-----------------------------------------------------------------------X

## STIPULATION EXTENDING DEFENDANTS' TIME TO APPEAR OR ANSWER

IT IS STIPULATED AND AGREED by and between the attorneys for the respective parties below that defendants' TOTAL WELLNESS & MEDICAL HEALTH, P.C. and DAVID G. KHANAN, time to answer and/or move with respect to the Complaint is extended through and including October 15, 2023.

Defendants waive all defenses with respect to defective service.

A facsimile or pdf of this original executed stipulation may be deemed an original.

Dated: September 5, 2023

STERN & SZPIGIEL, LLP
Attorney for Defendants
TOTAL WELLNESS & MEDICAL
HEALTH, P.C. and DAVID G.
KHANAN
170 Old Country Road, Suite 308
Mineola, New York 11501
(516) 873-1683

by: Howard J. Stern
    hstern@SandSEsq.com

RIVKIN RADLER LLP
Attorney for Plaintiffs
926 RXR Plaza
Uniondale, New York 11553
(516) 357-3000

by: Max Gershenoff
    max.gershenoff@rivkin.com